# Exhibit A

## CERTIFICATION

I, Timothy J. Smyth, as Executive Officer of Boston Retirement System ("Boston"), hereby certify as follows:

1.    I am fully authorized to enter into and execute this Certification on behalf of Boston. I have reviewed a complaint filed against James Hardie Industries plc. ("James Hardie") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.    Boston did not purchase common stock of James Hardie at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.    Boston is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Boston fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.    Boston's transactions in James Hardie common stock during the Class Period are reflected in Exhibit A, attached hereto;

5.    Boston sought to serve or currently serves as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*Vazquez v. Masimo Corporation*, No. 3:23-cv-1546 (S.D. Cal.)
*Lemm, Jr. v. New York Community Bancorp, Inc.*, No. 1:24-cv-0903 (E.D.N.Y.)
*Baxter v. PDD Holdings Inc. f/k/a Pinduoduo Inc.*, No. 1:24-cv-5653 (E.D.N.Y.)
*Long v. Stellantis N.V.*, No. 1:24-cv-6196 (S.D.N.Y.)

*Shannahan v. FTAI Aviation Ltd.*, No. 1:25-cv-0541 (S.D.N.Y.)
*In re e.l.f. Beauty, Inc. Securities Litigation*, No. 5:25-cv-2316 (N.D. Cal.)

6.      Boston sought to serve as a lead plaintiff or representative party in the following class action under the federal securities laws filed during the last three years:

*Boston Retirement System v. DexCom, Inc.*, No. 25-cv-03284 (S.D. Cal.).  The decision for lead plaintiff appointment is still pending.

7.      Beyond its pro rata share of any recovery, Boston will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 18th day of December, 2025.

Timothy J. Smyth, Esquire
Executive Officer
Boston Retirement System

## EXHIBIT A

### TRANSACTIONS IN JAMES HARDIE INDUSTRIES PLC COMMON STOCK

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Acquisitions[1] | 07/01/2025 | 75,783 | $26.95 | ($2,042,351.85) |

---

[1] Shares of James Hardie common stock were acquired in exchange for shares of The AZEK Company common stock.