**Exhibit C**

**BLOCK & LEVITON LLP**

*Source:* *Block & Leviton LLP*

*October 24, 2025 17:19 ET*

# SHAREHOLDER ALERT: James Hardie Industries plc Sued for Securities Fraud by Block & Leviton LLP; December 23 Deadline to Seek to Serve as Lead Plaintiff

BOSTON, Oct. 24, 2025 (GLOBE NEWSWIRE) -- On behalf of Laborers' District Council and Contractors' Pension Fund of Ohio, Block & Leviton LLP filed a class action lawsuit today against James Hardie Industries plc (NYSE: JHX), along with certain individuals, alleging that they violated federal securities laws by issuing false and misleading statements concerning the company's business, operations, and prospects. A copy of the Complaint is available on Block & Leviton's website.

The complaint alleges that James Hardie Industries plc misled investors about the strength of its key North America Fiber Cement segment between May 20 and August 18, 2025. Despite knowing by April and early May that distributors were destocking inventory, the company falsely claimed demand remained strong and that stock levels were "normal." On August 19, 2025, James Hardie disclosed a 12% sales decline in the segment, attributing it to "normalization of channel inventories," and warned of continued weakness. Following this revelation, the company's share price fell more than 34%, causing significant investor losses.

The suit was brought in the Northern District of Illinois and was filed by Block & Leviton LLP. The case is captioned *Laborers' District Council and Contractors' Pension Fund of Ohio v. James Hardie Industries plc*, No. 1:25-cv-13018 (N.D. Ill.). The suit is brought on behalf of all those who purchased or otherwise acquired James Hardie Industries plc common stock between May 20, 2025, and August 18, 2025, both dates inclusive.

If you are an investor who purchased or otherwise acquired James Hardie Industries plc stock during the Class Period, you are a member of this proposed Class, and may be able to seek appointment as a lead plaintiff. This is a court-appointed representative of the class. To do so, you must comply with the relevant provisions of the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4. **If you wish to serve as lead plaintiff, you must move the Court by no later than December 23, 2025**, the deadline established by this notice. You may contact Block & Leviton to learn more about serving as a lead plaintiff.

You do not need to seek to become a lead plaintiff to share in any possible recovery. You may retain counsel of your choice to represent you in this action.

You can learn more about the suit at Block & Leviton's case webpage, by calling (888) 256-2510, or by emailing shareholders@blockleviton.com.

CONTACT:

Block & Leviton LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
(888) 256-2510
shareholders@blockleviton.com
www.blockleviton.com