**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>JAMES HARDIE INDUSTRIES PLC., AARON ERTER, and RACHEL WILSON,<br><br>        Defendants. | Case No: 1:25-cv-13018<br><br>Judge: LaShonda A. Hunt |

**MOTION OF THE LABORERS' DISTRICT COUNCIL CONSTRUCTION INDUSTRY PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that the Laborers' District Council Construction Industry Pension Fund ("Movant"), by counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order ([Proposed] attached hereto): (i) appointing Movant as Lead Plaintiff; and (ii) approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Wolf Haldenstein Adler Freeman & Herz LLC as Liaison Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this motion, Movant submits herewith a memorandum of law and declaration, along with attached exhibits, in support of this motion.

1

Dated: December 23, 2025

Respectfully submitted,

/s/*Carl V. Malmstrom*
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (312) 214-3110
Email: malmstrom@whafh.com

*[Proposed] Liaison Counsel for Plaintiff*
*And the Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, New York 10118
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff*
*And the Class*

2

3

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Carl V. Malmstrom, one of the attorneys for plaintiff, hereby certify that on December 23, 2025, service of the foregoing *Notice of Motion of the Laborers' District Council Construction Industry Pension Fund For Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel* was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

*/s/Carl V. Malmstrom*
Carl V. Malmstrom