# Exhibit 2

# CERTIFICATION

The undersigned, on behalf of the Laborers' District Council Construction Industry Pension Fund ("LDC"), hereby certifies, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed a complaint and authorized the filing thereof and the filing of a lead plaintiff motion on behalf of LDC.

2.      LDC did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      LDC is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The Schedule A hereto, is a list of all the purchases and sales LDC has made in James Hardie Industries plc securities during the class period.

5.      LDC has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except for the following companies:

*City of Hollywood Firefighters' Pension Fund v. Atlassian Corporation, et al.,*
Case No. 3:23-cv-00519 (N.D. Cal.)
*Laborers' District Council Construction Industry Pension Fund v. Sea Limited, et al.,*
Case No. 2:23-cv-01455 (D. Ariz.)

6.      LDC will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses incurred by the Fund for its administrative and/or trustee review, including but not limited to travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed ___12-4-2025___ .

Laborers' District Council Construction Industry Pension Fund

Signature: _____
By:         Ryan N. Boyer
Title:      Labor Trustee

## SCHEDULE A

## CLASS PERIOD TRANSACTIONS

| PURCHASES | | |
|---|---|---|
| **Date Purchased** | **Shares** | **Price per Share** |
| 7-Jul-25 | 2,362 | $28.00 |
| 7-Jul-25 | 121 | $28.20 |
| 7-Jul-25 | 1,202 | $27.94 |
| 8-Jul-25 | 64 | $28.28 |
| 8-Jul-25 | 1,902 | $28.23 |
| 8-Jul-25 | 57 | $28.27 |
| 16-Jul-25 | 329 | $26.51 |
| 16-Jul-25 | 2,653 | $26.36 |
| 16-Jul-25 | 864 | $26.31 |
| 16-Jul-25 | 1,852 | $26.00 |
| 18-Jul-25 | 759 | $26.37 |
| 18-Jul-25 | 1,360 | $26.31 |
| 4-Aug-25 | 4,076 | $26.21 |
| 4-Aug-25 | 1,168 | $26.37 |
| 5-Aug-25 | 2,443 | $27.12 |
| 13-Aug-25 | 1,105 | $29.81 |