# Exhibit 3

**James Hardie Industries PLC Loss Chart**
**Class Period: May 20, 2025 through August 18, 2025**

**Lookback Price**

$20.078

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Laborers' District Council Construction Industry Pension Fund | 2025-07-07 | 2,362 | ($28.00) | ($66,136.00) | | | | | | | |
| | 2025-07-07 | 121 | ($28.20) | ($3,412.20) | | | | | | | |
| | 2025-07-07 | 1,202 | ($27.94) | ($33,583.88) | | | | | | | |
| | 2025-07-08 | 64 | ($28.28) | ($1,809.92) | | | | | | | |
| | 2025-07-08 | 1,902 | ($28.23) | ($53,693.46) | | | | | | | |
| | 2025-07-08 | 57 | ($28.27) | ($1,611.39) | | | | | | | |
| | 2025-07-16 | 329 | ($26.51) | ($8,721.79) | | | | | | | |
| | 2025-07-16 | 2,653 | ($26.36) | ($69,933.08) | | | | | | | |
| | 2025-07-16 | 864 | ($26.31) | ($22,731.84) | | | | | | | |
| | 2025-07-16 | 1,852 | ($26.00) | ($48,152.00) | | | | | | | |
| | 2025-07-18 | 759 | ($26.37) | ($20,014.83) | | | | | | | |
| | 2025-07-18 | 1,360 | ($26.31) | ($35,781.60) | | | | | | | |
| | 2025-08-04 | 4,076 | ($26.21) | ($106,831.96) | | | | | | | |
| | 2025-08-04 | 1,168 | ($26.37) | ($30,800.16) | | | | | | | |
| | 2025-08-05 | 2,443 | ($27.12) | ($66,254.16) | | | | | | | |
| | 2025-08-13 | 1,105 | ($29.81) | ($32,940.05) | | | | | | | |
| | | 22,317 | | ($602,408.32) | | | | | 22,317 | $448,080.73 | ($154,327.59) |