**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LABORERS DISTRICT COUNCIL AND CONTRACTORS PENSION FUND OF OHIO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> JAMES HARDIE INDUSTRIES PLC., AARON ERTER, and RACHEL WILSON, <br><br> Defendants. | Case No. 1:25-cv-13018 <br><br> Hon. LaShonda A. Hunt <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF JEFFREY C. BLOCK IN SUPPPORT OF OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

I, Jeffrey C. Block, declare as follows:

1. I am a partner at the law firm of Block & Leviton LLP, counsel for proposed lead plaintiff Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") in the above-captioned action. I submit this declaration in support of Oklahoma Firefighters' Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published by Block & Leviton LLP through *GlobeNewswire* on October 24, 2025;

Exhibit B: Certification of Chase Rankin on Behalf of Oklahoma Firefighters;

Exhibit C: Oklahoma Firefighters' loss estimate, prepared by counsel;

Exhibit D: Declaration of Chase Rankin on Behalf of Oklahoma Firefighters; and

Exhibit E: Block & Leviton LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December 2025.

        */s/ Jeffrey C. Block*
        Jeffrey C. Block