# EXHIBIT B

**Plaintiff's Certification and Authorization**

I, Chase Rankin, on behalf of Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters"), hereby certify under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge, information, and belief:

1.        I have reviewed the complaint filed against James Hardie Industries plc ("James Hardie") and certain executives alleging violations of the federal securities laws in *Laborers' District Council and Contractors' Pension Fund of Ohio v. James Hardie Industries plc, et al.*, No. 1:25-cv-13018 (N.D. Ill.). I am authorized in my capacity as Executive Director of Oklahoma Firefighters to execute this Certification on behalf of Oklahoma Firefighters. I have authorized Block & Leviton LLP to file a motion on behalf of Oklahoma Firefighters to serve as lead plaintiff.

2.        Oklahoma Firefighters did not purchase the securities that are the subject of this action at the direction of counsel, or to participate in any action arising under the federal securities laws.

3.        Oklahoma Firefighters is willing to serve as a representative party on behalf of the Class of investors who purchased or acquired James Hardie's securities during the Class Period specified in the complaint, including providing testimony at deposition and trial, if necessary.

4.        Oklahoma Firefighters' transactions in James Hardie's securities that are the subject of this action are set forth in the attached Schedule A.

5.        Oklahoma Firefighters has sought to serve as lead plaintiff and representative party in a class action filed under the federal securities laws during the last three years, and was appointed, in the following:

- *Glazing Employers and Glaziers' Union Local #27 Pension and Retirement Fund v. iRhythm Technologies Inc.*, No. 24-cv-00706 (N.D. Cal.)(currently pending);

- *Steamfitters Local 449 Pension & Retirement Security Funds v. Extreme Networks Inc.*, No. 24-cv-05102 (N.D. Cal.)(currently pending);

- *City of Hollywood Firefighters Pension Fund v. Atlassian Corp.*, No. 23-cv-00519 (N.D. Cal.)(case dismissed no longer pending);

- *Oklahoma Firefighters Pension and Retirement System v. Integral Ad Science Holding Corp.*, No. 25-cv-00847 (S.D.N.Y.)(currently pending); and

- *State Teachers Retirement System of Ohio v. Charles River Laboratories, Inc.*, No. 1:23-cv-11132, (D. Mass.)(Currently pending motion to substitute Oklahoma Firefighters as Lead Plaintiff in place of State Teachers Retirement System of Ohio).

6.      Oklahoma Firefighters has also sought to serve as a lead plaintiff and/or representative party in a class action filed under the federal securities laws during the last three years, but either withdrew its motion, filed a non-opposition to competing motions or was not appointed lead plaintiff, in the following:

- *In re FMC Corp. Sec. Litig.*, No. 23-cv-04398 (E.D. Pa.); and

- *Vazquez v. Masimo Corp.*, No. 23-cv-01546 (S.D. Cal.).

7.      Oklahoma Firefighters serves as a representative party, but not as lead plaintiff, in a class action filed under the federal securities laws during the last three years, in the following:

- *In re Mobileye Global Sec. Litig.*, No. 1:24-cv-00310 (S.D.N.Y.) (additional named plaintiff); and

- *In re FMC Corp. Sec. Litig.*, No. 23-cv-04398 (E.D. Pa.) (additional named plaintiff).

8.      Oklahoma Firefighters is currently serving as Lead Plaintiff in the following pending actions, which were filed more than three years from today:

- *Oklahoma Firefighters Pension and Retirement System v. Biogen, Inc., et. al.*, No. 22-cv-10200 (D. Mass); and

- *Rasella v. Musk*, No. 22-cv-03026 (S.D.N.Y.).

9.      Oklahoma Firefighters will not accept any payment for serving as lead plaintiff or a representative party on behalf of the Class beyond Oklahoma Firefighters' *pro rata* share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered and approved by the Court.

Executed on ___12/19/2025_____.

Signed by:

4C70BD88A30E486...

Chase Rankin, Executive Director
Oklahoma Firefighters Pension &
Retirement System

Docusign Envelope ID: 5731A15F-A9B2-4E5A-B09D-92C16D67D0E5

# Schedule A

Docusign Envelope ID: 5731A15F-A9B2-4E5A-B09D-92C16D67D0E5

**Oklahoma Firefighters Pension & Retirement System**
**James Hardie Industries plc Transactions**

Class Period: May 20, 2025 – August 18, 2025

| Date | Transaction | Shares | Share Price |
|------|-------------|--------|-------------|
| 06/30/2025 | Buy | 30,230 | $26.79 |
| 07/07/2025 | Buy | 3,385 | $27.90 |
| 07/07/2025 | Buy | 6,634 | $27.96 |
| 07/07/2025 | Buy | 340 | $28.16 |
| 07/08/2025 | Buy | 5,346 | $28.19 |
| 07/08/2025 | Buy | 180 | $28.25 |
| 07/08/2025 | Buy | 160 | $28.25 |
| 07/09/2025 | Buy | 5,177 | $27.92 |
| 07/09/2025 | Buy | 5,454 | $27.99 |
| 07/16/2025 | Buy | 5,604 | $25.96 |
| 07/16/2025 | Buy | 2,614 | $26.28 |
| 07/16/2025 | Buy | 995 | $26.47 |
| 08/04/2024 | Buy | 17,905 | $26.34 |
| 08/05/2025 | Buy | 5,871 | $27.08 |
| 08/08/2025 | Sell | 10,334 | $28.28 |