# EXHIBIT C

**LIFO Loss Chart Report**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Class Period Beginning: 05/20/2025 |
| Oklahoma Firefighters Pension and Retirement System | | | | Class Period End: 08/18/2025 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | | | | Lookback Period Beginning: 08/19/2025 |
| Security: G4253H101 | | | | Lookback Period End: 11/17/2025 |
| Class Period: May 20,2025 - August 18,2025 | | | | Days in Lookback Period: 90 |
| Currency: USD | | | | Lookback Period Average Closing Price: 20.13 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/17/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| 1A. Total | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/17/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| 1B. Total | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/17/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| 1C. Total | | 0.0000 | | | | | | | | 0.0000 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/17/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 08/04/2025 | 4,473.0000 | 26.33 | 117,803.61 | Sale | 08/08/2025 | 4,473.0000 | 28.28 | 126,515.67 | 0.0000 | 8,712.06 |
| Purchase | 08/05/2025 | 5,871.0000 | 27.08 | 158,988.44 | Sale | 08/08/2025 | 5,871.0000 | 28.28 | 166,057.12 | 0.0000 | 7,068.68 |
| 2A. Total | | 10,344.0000 | | 276,792.05 | | | 10,344.0000 | | 292,572.79 | 0.00 | 15,780.74 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/17/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| Purchase | 06/30/2025 | 4,101.0000 | 26.79 | 109,882.19 | Sale | 10/01/2025 | 4,101.0000 | 20.13 | 82,559.63 | 0.0000 | (27,322.55) |
| Purchase | 06/30/2025 | 23,180.0000 | 26.79 | 621,084.92 | Sale | 11/05/2025 | 23,180.0000 | 20.13 | 466,650.19 | 0.0000 | (154,434.72) |
| Purchase | 06/30/2025 | 2,949.0000 | 26.79 | 79,015.50 | Sale | 11/05/2025 | 2,949.0000 | 20.13 | 59,368.05 | 0.0000 | (19,647.45) |
| Purchase | 07/07/2025 | 3,385.0000 | 27.90 | 94,453.68 | Sale | 10/01/2025 | 3,385.0000 | 20.13 | 68,145.42 | 0.0000 | (26,308.26) |
| Purchase | 07/07/2025 | 6,634.0000 | 27.96 | 185,507.86 | Sale | 10/01/2025 | 6,634.0000 | 20.13 | 133,552.95 | 0.0000 | (51,954.91) |
| Purchase | 07/07/2025 | 340.0000 | 28.16 | 9,575.45 | Sale | 10/01/2025 | 340.0000 | 20.13 | 6,844.73 | 0.0000 | (2,730.71) |
| Purchase | 07/08/2025 | 5,346.0000 | 28.19 | 150,717.10 | Sale | 10/01/2025 | 5,346.0000 | 20.13 | 107,623.46 | 0.0000 | (43,093.63) |
| Purchase | 07/08/2025 | 180.0000 | 28.24 | 5,084.76 | Sale | 10/01/2025 | 180.0000 | 20.13 | 3,623.68 | 0.0000 | (1,461.08) |
| Purchase | 07/08/2025 | 160.0000 | 28.24 | 4,519.92 | Sale | 10/01/2025 | 160.0000 | 20.13 | 3,221.05 | 0.0000 | (1,298.86) |
| Purchase | 07/09/2025 | 5,177.0000 | 27.92 | 144,548.57 | Sale | 09/29/2025 | 5,177.0000 | 20.13 | 104,221.22 | 0.0000 | (40,327.34) |
| Purchase | 07/09/2025 | 3,381.0000 | 27.99 | 94,635.20 | Sale | 09/29/2025 | 3,381.0000 | 20.13 | 68,064.89 | 0.0000 | (26,570.30) |
| Purchase | 07/09/2025 | 2,073.0000 | 27.99 | 58,023.89 | Sale | 10/01/2025 | 2,073.0000 | 20.13 | 41,732.78 | 0.0000 | (16,291.11) |
| Purchase | 07/16/2025 | 5,604.0000 | 25.96 | 145,497.21 | Sale | 09/29/2025 | 5,604.0000 | 20.13 | 112,817.41 | 0.0000 | (32,679.79) |
| Purchase | 07/16/2025 | 2,614.0000 | 26.27 | 68,690.43 | Sale | 09/29/2025 | 2,614.0000 | 20.13 | 52,623.96 | 0.0000 | (16,066.46) |
| Purchase | 07/16/2025 | 995.0000 | 26.47 | 26,341.23 | Sale | 09/29/2025 | 995.0000 | 20.13 | 20,030.92 | 0.0000 | (6,310.30) |
| Purchase | 08/04/2025 | 4,600.0000 | 26.33 | 121,148.36 | Sale | 08/27/2025 | 4,600.0000 | 20.36 | 93,695.10 | 0.0000 | (27,453.26) |
| Purchase | 08/04/2025 | 271.0000 | 26.33 | 7,137.21 | Sale | 09/04/2025 | 271.0000 | 20.13 | 5,455.66 | 0.0000 | (1,681.55) |
| Purchase | 08/04/2025 | 8,561.0000 | 26.33 | 225,467.63 | Sale | 09/29/2025 | 8,561.0000 | 20.13 | 172,346.51 | 0.0000 | (53,121.11) |
| 2B. Total | | 79,551.0000 | | 2,151,331.17 | | | 79,551.0000 | | 1,602,577.69 | 0.00 | (548,753.47) |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/17/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| 2C. Total | | 0.0000 | | 0.00 | | | 0.000 | | $0.00 | 0.0000 | 0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @11/17/25 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 89,895.0000 | | 2,428,123.22 | | | 89,895.0000 | | 1,895,150.49 | 0.0000 | (532,972.72) |
| Grand Total | | 89,895.0000 | | 2,428,123.22 | | | 89,895.0000 | | 1,895,150.49 | 0.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | (532,972.72) |

**Loss Methodology:**
1934 Act, Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of the Avg. Closing Price or the Actual Sales Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.