# EXHIBIT D

Docusign Envelope ID: D51E0255-61E8-4F55-BF4B-561488963C58

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS DISTRICT COUNCIL AND CONTRACTORS PENSION FUND OF OHIO, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>JAMES HARDIE INDUSTRIES PLC., AARON ERTER, and RACHEL WILSON,<br><br>      Defendants. | Case No. 1:25-cv-13018<br><br>Hon. LaShonda A. Hunt<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF CHASE RANKIN IN SUPPORT OF OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

1

I, Chase Rankin, declare under penalty of perjury of the laws of the United States of America as follows:

1.      I respectfully submit this declaration in support of Oklahoma Firefighters Pension and Retirement System's ("Oklahoma Firefighters") motion for appointment as Lead Plaintiff and approval of its selection of Block & Leviton LLP as Lead Counsel in this action. I have personal knowledge regarding the facts set forth herein.

2.      I am the Executive Director of Oklahoma Firefighters and am authorized to make this declaration on behalf of Oklahoma Firefighters. Oklahoma Firefighters provides pension and retirement benefits to more than 26,000 current and former firefighters of Oklahoma and has over $4 billion in assets under management.

3.      The Certification submitted with Oklahoma Firefighters' motion accurately reflects its transactions in James Hardie Industries plc. ("James Hardie") securities from May 20, 2025 through August 18, 2025. As reflected in the Certification, Oklahoma Fire purchased a significant amount of James Hardie common stock during the class period in this case and suffered substantial losses, which are the result of the alleged violations of the federal securities laws. Oklahoma Firefighters is a sophisticated institutional investor that understands this case is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and understands and accepts the responsibilities and fiduciary obligations that it will assume under the PSLRA if appointed as Lead Plaintiff.

4.      After a thorough consultation, and after considering the merits of this action, Oklahoma Firefighters retained Block & Leviton LLP to act as its attorney and to seek the status of lead plaintiff in this lawsuit. Oklahoma Firefighters retained Block & Leviton to monitor its investments and to alert it of potential instances of actionable securities fraud concerning its investments. I conferred with Block & Leviton regarding the merits of the claims against James Hardie, and as a result Oklahoma Firefighters decided to seek appointment as lead plaintiff and selected Block & Leviton as counsel for Oklahoma Firefighters in light of its significant experience and success achieving substantial recoveries in securities class actions.

2

5.      Oklahoma Firefighters is prepared to fulfill the responsibilities and requirements of being lead plaintiff in a securities fraud class action. I understand that the lead plaintiff is responsible for overseeing lead counsel, ensuring the efficient and vigorous representation of the class, ensuring that the resulting fees are fair and reasonable, and maximizing recovery for the class. I believe that Oklahoma Firefighters' experience, knowledge, and sophistication will enable Oklahoma Firefighters to vigorously represent the interests of the proposed Class.

6.      I understand that Oklahoma Firefighters could have chosen to take no action and remain an absent class member. However, due to Oklahoma Firefighters' large financial loss and desire to actively oversee this litigation, Oklahoma Firefighters affirmatively decided that it would benefit both Oklahoma Firefighters and the Class if Oklahoma Firefighters sought appointment as lead plaintiff.

7.      Oklahoma Firefighters is committed to the zealous prosecution of this case and will remain actively involved in it, including through attendance at deposition and trial, if necessary. I understand that if appointed, Oklahoma Firefighters owes a fiduciary duty to all members of the Class to provide fair and adequate representation, and to work with lead counsel to obtain the largest possible recovery for the Class consistent with good faith and vigorous advocacy.

8.      I understand that, as lead plaintiff in this action, Oklahoma Firefighters is subject to the jurisdiction of the Court and will be bound by the rulings of the Court, including rulings regarding any judgments.

9.      I understand that as lead plaintiff, Oklahoma Firefighters is responsible for directing the activities of its counsel for the duration of the litigation, and that its counsel shall:

a.  Determine and present the position of Lead Plaintiff on all matters that may arise during the litigation;

b.  Coordinate the initiation of and conduct discovery on behalf of the Lead Plaintiff, including the preparation of interrogatories and requests for the production of documents and the examination of witnesses at depositions;

c.  Conduct settlement negotiations on behalf of Lead Plaintiff;

3

Docusign Envelope ID: D51E0255-61E8-4555-BF4B-561488963C58

d. Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

e. Retain expert consultants and witnesses;

f. Maintain adequate time and disbursement records covering services as Lead Counsel; and

g. Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

Signed under penalties of perjury under the laws of the United States of America:

Dated: 12/22/2025

Signed by:

4C70BD88A30E486...

By: Chase Rankin, Executive Director
Oklahoma Firefighters Pension and Retirement System

4