# Exhibit A

**LOSS ANALYSIS**

**Filed Class Period: 05/20/25 - 08/18/25**

**James Hardie Industries plc**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| JHX | G4253H101 | IE000R94NGM2 | BT18HQ0 | $19.9452 |

**Boston Retirement System**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Share Price** | **Cost/Proceeds** |
| Acquisitions | 07/01/25 | 75,783 | $28.0800 | **($2,127,986.64)** [2] |
| *Class Period Purchases:* | | *75,783* | | *($2,127,986.64)* |
| | | | | |
| *Class Period Sales that match to Pre-Class Period:* | | *0* | | *$0.00* |
| | | | | |
| *Class Period Sales that match to Class Period Purchases:* | | *0* | | *$0.00* |
| | | | | |
| | Shares Held: | 75,783 | $19.9452 | $1,511,507.09 |

| LIFO Gain/(Loss): | **($616,479.55)** |
|---|---|

| | |
|---|---|
| Total Shares Bought: | 75,783 |
| Total Net Shares: | 75,783 |
| Total Net Expenditures: | ($2,127,986.64) |

[1] *Value of shares held is the mean trading price from 08/20/25 - 11/17/25*

[2] *Shares of James Hardie common stock were acquired in exchange for shares of the AZEK Company common stock*