# EXHIBIT B

# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Evolv Technologies Holdings, Inc.
**Ticker:** EVLV
**Class Period:** 06/28/2021 - 03/13/2024
**Name:** Robert Falk

### Account 1

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/16/2021 [1] | 116,877 | $9.5500 | -$1,116,175.3500 | | $0.0000 | -$1,116,175.35 |
| 1/14/2022 [2] | -116,877 | | $0.0000 | $0.0000 | $0.0000 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$1,116,175.35** |
| | | | **90-Day Average Price [3]** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $3.7849 | 0 | **Account 1 Total:** | **-$1,116,175.35** |

### Account 2

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/14/2022 [2] | 116,877 | $0.0000 | $0.0000 | | $0.0000 | $0.00 |
| 6/29/2022 | -4,800 | | $0.0000 | $2.4388 | $11,706.3072 | $11,706.31 |
| 10/31/2022 | -2,077 | | $0.0000 | $2.9100 | $6,044.0700 | $6,044.07 |
| 11/11/2022 | -9,436 | | $0.0000 | $3.4339 | $32,402.2615 | $32,402.26 |
| 11/11/2022 | -564 | | $0.0000 | $3.4500 | $1,945.8000 | $1,945.80 |
| 1/24/2023 | -5,000 | | $0.0000 | $2.8600 | $14,300.0000 | $14,300.00 |
| 2/7/2023 | -5,000 | | $0.0000 | $3.1498 | $15,748.9000 | $15,748.90 |
| 3/3/2023 | -5,000 | | $0.0000 | $2.9600 | $14,800.0000 | $14,800.00 |
| 4/11/2023 | -5,000 | | $0.0000 | $3.1200 | $15,600.0000 | $15,600.00 |
| 4/18/2023 | -5,000 | | $0.0000 | $3.0600 | $15,300.0000 | $15,300.00 |
| 4/28/2023 | -5,000 | | $0.0000 | $3.5000 | $17,500.0000 | $17,500.00 |
| 5/12/2023 | -10,000 | | $0.0000 | $5.1200 | $51,200.0000 | $51,200.00 |
| 5/16/2023 | -5,000 | | $0.0000 | $5.1300 | $25,650.0000 | $25,650.00 |
| 5/22/2023 | -5,000 | | $0.0000 | $5.9787 | $29,893.4900 | $29,893.49 |
| 12/8/2023 | -1,000 | | $0.0000 | $4.4000 | $4,400.0000 | $4,400.00 |
| 1/16/2024 | -1,000 | | $0.0000 | $4.3600 | $4,360.0000 | $4,360.00 |
| 3/7/2024 | -5,000 | | $0.0000 | $3.7300 | $18,650.0000 | $18,650.00 |
| 3/13/2024 | -17,000 | | $0.0000 | $3.6800 | $62,560.0000 | $62,560.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **26,000** | | | | **Subtotal:** | **$342,060.83** |
| | | | **90-Day Average Price [3]** | **Shares Retained** | **90-Day Average:** | $98,407.40 |
| | | | $3.7849 | 26,000 | **Account 2 Total:** | **$440,468.23** |

| | | |
|---|---|---|
| | **Combined Total:** | **-$675,707.12** |

**Notes:**

[1] Mr. Falk was a shareholder of Evolv Technologies, Inc. prior to the merger agreement with NewHold Investment Corp. On July 16, 2021, he received 116,877 EVLV shares pursuant to the merger agreement. The acquisition price per share, $9.55, was the closing price on July 16, 2021.

[2] Shares transferred from Account 1 to Account 2.

[3] Using the average closing price between March 13, 2024 and May 22, 2024, inclusive.