# EXHIBIT C

*Kc*

# FILED

SEP 19 2007
SEPT. 19, 2007
WAYNE R. ANDERSEN
U. S. DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE OLD BANC ONE SHAREHOLDERS SECURITIES LITIGATION | )<br>)<br>)<br>) |

Master File No. 00 C 2100
Judge Wayne R. Andersen

## STIPULATION OF SETTLEMENT

This Stipulation of Settlement dated September _11_, 2007, is made and entered into by and among the following Settling Parties (as defined herein): (1) Plaintiff, Fred Filipovic, individually and as the Class Representative (defined herein) on behalf of himself and the Class (sometimes collectively referred to as "Plaintiffs"), by and through their counsel; (2) the Named Plaintiffs (as defined herein), by and through their counsel; and (3) Defendant Bank One Corporation ("Bank One") by its successor JPMorgan Chase & Co. ("JPMorgan"), by and through their counsel. This Stipulation is intended by the Settling Parties to fully, finally and forever compromise resolve, discharge and settle the Released Claims (as defined herein), subject to the terms and conditions of the Stipulation of Settlement, as follows:

**WHEREAS,**

A. On April 6, 2000, a putative class action (*Larson, et al. v. Bank One Corporation, et al.*, ("*Larson*") was filed on behalf of former shareholders of both First Chicago NBD Corporation ("First Chicago") and Banc One Corporation ("Old Banc One") against Bank One and certain of its individual officers and directors (collectively referred to as the "Individual Defendants" (as defined herein)). *Larson* alleged violations of the federal securities laws in connection with the October 2, 1998 merger between First Chicago and Old Banc One, creating Bank One (the "Merger" (as defined herein)). Specifically as to the *former* Old Banc One shareholders, *Larson* alleged that Bank One violated Section 12(a)(2) of the Securities Act of 1933 (the "Securities Act") related to the

Claimants. The Plan of Allocation may be modified by the Court without further notice to the Class. Class Members may contact Class Counsel if they wish to be apprised of any such modifications.

Only those Class Members who purchased their shares of Old Banc One common stock during the Class Period, August 6, 1998 through October 1, 1998, both dates inclusive, and received Bank One common stock through the conversion of Old Banc One common stock to Bank One common stock pursuant to the Merger, effective October 2, 1998, will be eligible to file a claim under the Plan of Allocation. In determining the Recognized Loss for each Authorized Claim, purchases and sales of Old Banc One securities during the Class Period shall be matched on a first-in-first-out ("FIFO") basis, without regard to the manner in which sales and purchases may have been treated for tax or other purposes.

The Claims Administrator shall determine each Authorized Claim's share of the Net Settlement Fund based upon the Recognized Loss computed for each Authorized Claim. The Recognized Loss for purposes of this Settlement shall be the difference between the price of Bank One stock on the date of the Merger, $41.94 per share, and the price at which such shares were sold. Thus, the following calculation shall be applied in determining the Recognized Losses for Bank One Common Stock:

Recognized Loss = $41.94 – (sales price per share)

The Recognized Loss for shares that were sold for, or in excess of, $41.94 per share will be $0.00.

In calculating the claims of Class Members, the date of purchase and/or sale of stock is the "trade" date and not the "settlement" or "payment" date. The amount of the price received per share on the "Sale" date is without regard to commissions, taxes, fees and charges.

No distribution shall be made on any claims where the payment of an Authorized Claim's *pro rata* share of the Net Settlement Fund is less than ten dollars ($10.00).

## IV. REQUESTING EXCLUSION FROM THE CLASS

**IF YOU ARE A MEMBER OF THE CLASS, YOU MAY BE ELIGIBLE TO SHARE IN THE BENEFITS OF THIS SETTLEMENT AND WILL BE BOUND BY ITS TERMS UNLESS YOU EXCLUDE YOURSELF FROM THE CLASS.**

Each member of the Class shall be bound by all determinations and judgments of the Court in connection with the Settlement, whether favorable or unfavorable, unless such Class Member shall mail, by first class mail, sufficient postage prepaid, a written request for exclusion from the Class, postmarked no later than November _____, 2007, addressed to the Settlement Administrator at: In re Old Banc One Shareholders Securities Litigation, c/o Berdon Claims Administration LLC, P.O. Box 9014, Jericho, NY 11753-8914. Such request for exclusion shall be in a form that sufficiently identifies (1) the name and address of the person(s) or entity seeking exclusion, and (2) a list of all transaction(s) involving Old Banc One common stock during the period August 6, 1998 through October 1, 1998, including the number of shares, principal amount and trade date of each purchase and sale. A request for exclusion shall not be effective unless submitted within the time and in the form and manner provided for herein. **If a person or entity who is a member of the Class duly requests to be excluded from the Class, such person or entity will not be bound by any orders or judgments entered in respect of the Settlement and shall not be entitled to receive any benefits provided by the Settlement in the event it is finally approved by the Court.**