# EXHIBIT A

Exhibit A

# James Hardie Closing Stock Price

| Date | Close | | Running Lookback Avg. 8/20-11/17 | | Running Lookback Avg.2 8/19-11/16 |
|---|---|---|---|---|---|
| 8/15/25 | $ | 29.01 | | | |
| 8/18/25 | $ | 28.90 | | | |
| 8/19/25 | $ | 28.43 | | $ | 28.4300 |
| 8/20/25 | $ | 18.64 | $ 18.6400 | $ | 23.5350 |
| 8/21/25 | $ | 19.78 | $ 19.2100 | $ | 22.2833 |
| 8/22/25 | $ | 20.51 | $ 19.6433 | $ | 21.8400 |
| 8/25/25 | $ | 19.81 | $ 19.6850 | $ | 21.4340 |
| 8/26/25 | $ | 20.10 | $ 19.7680 | $ | 21.2117 |
| 8/27/25 | $ | 20.37 | $ 19.8683 | $ | 21.0914 |
| 8/28/25 | $ | 20.59 | $ 19.9714 | $ | 21.0288 |
| 8/29/25 | $ | 20.13 | $ 19.9913 | $ | 20.9289 |
| 9/2/25 | $ | 19.64 | $ 19.9522 | $ | 20.8000 |
| 9/3/25 | $ | 19.40 | $ 19.8970 | $ | 20.6727 |
| 9/4/25 | $ | 19.54 | $ 19.8645 | $ | 20.5783 |
| 9/5/25 | $ | 20.22 | $ 19.8942 | $ | 20.5508 |
| 9/8/25 | $ | 20.17 | $ 19.9154 | $ | 20.5236 |
| 9/9/25 | $ | 19.46 | $ 19.8829 | $ | 20.4527 |
| 9/10/25 | $ | 19.78 | $ 19.8760 | $ | 20.4106 |
| 9/11/25 | $ | 20.01 | $ 19.8844 | $ | 20.3871 |
| 9/12/25 | $ | 19.99 | $ 19.8906 | $ | 20.3650 |
| 9/15/25 | $ | 20.14 | $ 19.9044 | $ | 20.3532 |
| 9/16/25 | $ | 19.60 | $ 19.8884 | $ | 20.3155 |
| 9/17/25 | $ | 19.16 | $ 19.8520 | $ | 20.2605 |
| 9/18/25 | $ | 19.29 | $ 19.8252 | $ | 20.2164 |
| 9/19/25 | $ | 19.27 | $ 19.8000 | $ | 20.1752 |
| 9/22/25 | $ | 19.58 | $ 19.7904 | $ | 20.1504 |
| 9/23/25 | $ | 19.32 | $ 19.7708 | $ | 20.1172 |
| 9/24/25 | $ | 18.23 | $ 19.7092 | $ | 20.0446 |
| 9/25/25 | $ | 18.59 | $ 19.6662 | $ | 19.9907 |
| 9/26/25 | $ | 18.77 | $ 19.6330 | $ | 19.9471 |
| 9/29/25 | $ | 18.81 | $ 19.6036 | $ | 19.9079 |
| 9/30/25 | $ | 19.21 | $ 19.5900 | $ | 19.8847 |
| 10/1/25 | $ | 19.68 | $ 19.5930 | $ | 19.8781 |
| 10/2/25 | $ | 19.72 | $ 19.5971 | $ | 19.8731 |
| 10/3/25 | $ | 20.41 | $ 19.6225 | $ | 19.8894 |
| 10/6/25 | $ | 20.09 | $ 19.6367 | $ | 19.8953 |
| 10/7/25 | $ | 21.72 | $ 19.6979 | $ | 19.9474 |
| 10/8/25 | $ | 21.87 | $ 19.7600 | $ | 20.0008 |

Exhibit A

| Date | | Price | | Price | | Price |
|---|---|---|---|---|---|---|
| 10/9/25 | $ | 21.92 | $ | 19.8200 | $ | 20.0527 |
| 10/10/25 | $ | 21.29 | $ | 19.8597 | $ | 20.0853 |
| 10/13/25 | $ | 21.44 | $ | 19.9013 | $ | 20.1200 |
| 10/14/25 | $ | 22.41 | $ | 19.9656 | $ | 20.1773 |
| 10/15/25 | $ | 22.56 | $ | 20.0305 | $ | 20.2354 |
| 10/16/25 | $ | 21.69 | $ | 20.0710 | $ | 20.2700 |
| 10/17/25 | $ | 21.68 | $ | 20.1093 | $ | 20.3028 |
| 10/20/25 | $ | 21.28 | $ | 20.1365 | $ | 20.3250 |
| 10/21/25 | $ | 21.84 | $ | 20.1752 | $ | 20.3587 |
| 10/22/25 | $ | 21.47 | $ | 20.2040 | $ | 20.3828 |
| 10/23/25 | $ | 22.00 | $ | 20.2430 | $ | 20.4172 |
| 10/24/25 | $ | 22.34 | $ | 20.2877 | $ | 20.4573 |
| 10/27/25 | $ | 21.98 | $ | 20.3229 | $ | 20.4884 |
| 10/28/25 | $ | 22.39 | $ | 20.3651 | $ | 20.5264 |
| 10/29/25 | $ | 21.36 | $ | 20.3850 | $ | 20.5427 |
| 10/30/25 | $ | 21.11 | $ | 20.3992 | $ | 20.5537 |
| 10/31/25 | $ | 20.93 | $ | 20.4094 | $ | 20.5608 |
| 11/3/25 | $ | 20.45 | $ | 20.4102 | $ | 20.5587 |
| 11/4/25 | $ | 20.03 | $ | 20.4031 | $ | 20.5491 |
| 11/5/25 | $ | 18.50 | $ | 20.3685 | $ | 20.5125 |
| 11/6/25 | $ | 17.34 | $ | 20.3145 | $ | 20.4568 |
| 11/7/25 | $ | 17.39 | $ | 20.2632 | $ | 20.4040 |
| 11/10/25 | $ | 17.40 | $ | 20.2138 | $ | 20.3531 |
| 11/11/25 | $ | 17.06 | $ | 20.1603 | $ | 20.2982 |
| 11/12/25 | $ | 16.96 | $ | 20.1070 | $ | 20.2434 |
| 11/13/25 | $ | 16.75 | $ | 20.0520 | $ | 20.1871 |
| 11/14/25 | $ | 16.69 | $ | 19.9977 | $ | 20.1316 |
| 11/17/25 | $ | 16.69 | $ | 19.9452 | | |
| 11/18/25 | $ | 17.83 | | | | |
| 11/19/25 | $ | 17.91 | | | | |
| 11/20/25 | $ | 17.89 | | | | |