## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Laborers' District Council and Contractors'
Pension Fund of Ohio

|  |  |
|---|---|
| | Plaintiff, |
| v. | Case No.: 1:25−cv−13018 |
| | Honorable LaShonda A. Hunt |
| James Hardie Industries, PLC, et al. | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 17, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: For the reasons discussed in the accompanying Order, the Court grants Oklahoma Firefighters Pension and Retirement System's motion for appointment of lead plaintiff and approval of selection of lead counsel [33] and denies Boston Retirement System's motion for appointment of lead plaintiff and approval of selection of counsel [25]. Accordingly, the Court approves the selection of Block & Leviton LLP as lead counsel and Caroll Shamberg LLC as liaison counsel. The parties are reminded that their joint status report with proposed next steps is due by 2/24/26. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.