**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Laborers' District Council and Contractors'
Pension Fund of Ohio

    Plaintiff,

v.     Case No.: 1:25−cv−13018

    Honorable LaShonda A. Hunt

James Hardie Industries, PLC, et al.

    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 26, 2026:

    MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of the parties' joint status report [60], Plaintiff's amended complaint is due by 4/20/26, and Defendants' response is due by 6/22/26. The Court declines to set any further deadlines at this time and will enter an appropriate order after Defendants' response is filed. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.